IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>OCTAVIO GALLEGOS-VASQUEZ<br><br>　　　　　　　　　　Defendants. | **CASE NO. 1:03-CR-5066 AWI-BAM**<br><br>**ORDER ON STIPULATION TO VACATE STATUS CONFERENCE**<br><br>Date: November 24, 2014<br>Time: 1:00 p.m.<br>Honorable Barbara A. McAuliffe |

　　　The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Octavio GALLEGOS-Vasquez, by and through Arturo Hernandez, his attorney of record, having agreed to VACATE the 7th Status Conference set for a hearing on November 24, 2014 at 1:00 PM before Judge McAuliffe in the above-entitled case pending hearing of the defendant's motion to suppress on December 1, 2014 in a related case,

　　　IT IS SO ORDERED.  The parties shall request a new status conference date on December 1, 2014 during their appearance before the Honorable Anthony W. Ishii.

　　　IT IS FURTHER ORDERED THAT as the requested date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, and the need for preparation in the case and further investigation, time shall be excluded to and through the date of the status conference in that failure to grant the requested continuance would unreasonably deny the

defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court finds, based on the reasons articulated, that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:   **November 17, 2014**           /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE