**ARTURO HERNANDEZ-M.**, Attorney at Law
THE LAW OFFICES OF ARTURO HERNANDEZ-M.
California State Bar No. 108980
15 S. 34th Street
San Jose, CA 95116
Phone: (408) 729-5785
Fax: (408) 729-0167

Attorney for Defendant
**OCTAVIO GALLEGOS-VASQUEZ**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NOS. 1:13-CR-00218-AWI |
| Plaintiff, | 1:03-CR-05066-AWI |
| vs. | |
| OCTAVIO GALLEGOS VASQUEZ, | STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCING HEARINGS |
| Defendant. | |
| | DATE:     TBD |
| | TIME:     TBD |
| | DEPT.:    C-2 |
| | EST:      15 MIN |

TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, KATHLEEN A. SERVATIUS, A.U.S.A.; ALL COUNSEL ENTITLED TO RECEIVE NOTICE; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE PRESIDING IN SAID COURT:

**STIPULATION FOR CONTINUANCE**

Plaintiff United States of America and Defendant Octavio Gallegos Vasquez hereby stipulate and request this Court to continue the scheduled sentencing hearing from

November 23, 2015, at 10:00 a.m. to any date and time after January 9, 2016 that is convenient for the court.

      Defendant's council seeks this continuance for medical reasons.

Dated: November 12, 2015                  Respectfully submitted

                              By: /s/ Arturo Hernandez-M.
                                  ARTURO HERNANDEZ-M.
                                  Attorney for Defendant
                                  OCTAVIO GALLEGOS VASQUEZ


                      By: /s/ Kathleen A. Servatius (as authorized on 11/12/15).
                                  KATHLEEN A. SERVATIUS
                                  AUSA for Plaintiff
                                  UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OCTAVIO GALLEGOS VASQUEZ,<br><br>Defendant. | **CASE NOS. 1:13-CR-00218-AWI**<br><br>**1:03-CR-05066-AWI**<br><br>**ORDER FOR CONTINUANCE OF SENTENCING HEARINGS** |

Based upon the stipulation of the parties, and good cause appearing, the court grants the defendant's request to vacate the sentencing hearing date November 23, 2015. It is further ordered that these matters be set for sentencing on January 25, 2016, at 10:00.

IT IS SO ORDERED.

Dated:   November 13, 2015                    _____
                                               SENIOR  DISTRICT  JUDGE

3
STIPULATION AND  ORDER FOR CONTINUANCE OF SENTENCING HEARING