ARTURO HERNANDEZ-M, Attorney at Law
15 South 34th St.
San Jose, California  95116
Phone     (408) 729-5785
Fax  (408) 729-0167
California Bar No. 108980
Email: artlawoff@aol.com

Attorney for
OCTAVIO GALLEGOS-VASQUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>OCTAVIO GALLEGOS-VASQUEZ,<br><br>      Defendant. | No.0972 1:03CR05066-002AWI<br>    0972 1:13CR00218-004AWI<br>STIPULATION TO CONTINUE<br>SENTENCING<br><br>**CURRENT SENTENCING HEARING:**<br>**3/14/16, 10:00 a.m.**<br><br>**SENTENCING HEARING:**<br>**5-9/16  10:00 a.m.** |

      Arturo Hernandez-M, Defense Attorney for **Defendant OCTAVIO GALLEGOS**-VASQUEZ and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California and Assistant United States Attorney Kathleen Servatius, hereby stipulate as follows:

      1.   Arturo Hernandez-M, Defense counsel for **OCTAVIO GALLEGOS** VASQUEZ, hereby requests additional time to finalize sentencing issues in this matter. Counsel has just received a certified copy of an Order For Dismissal from the Superior Court of Kern County Case No. BF101198A.  Such a Dismissal will have a highly relevant bearing on sentencing issues, therefore needing to be addressed before a sentencing hearing and further briefing is necessary.  Accordingly, Arturo Hernandez-M is requesting a continuance of the sentencing.

2.    By this stipulation, defendant requests that the sentencing hearing be continued from March 14, 2016, at 10:00 a.m., to May 9, 2016 at 10:00 a.m., or any date thereafter convenient to the Court.  This continuance will allow defense counsel to finalize his position papers and prepare for the sentencing.

3.    The government does not oppose defendants' request for a continuance.

4.    The parties further agree that time may be excluded pursuant to Title 18, United States Code, Section 3161(h)(1)(D) and 3161 (7)(B)(iv).


Dated: March 11,2016

                              /s/ Kathleen Servatius
                              _____
                              KATHLEEN SERVATIUS
                              Assistant United States Attorneys
                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA


Dated: March 11,2016          /s/ Arturo Hernandez-M
                              _____
                              ARTURO HERNANDEZ-M
                              Attorney for Defendant
                              OCTAVIO GALLEGOS-VASQUEZ


IT IS SO ORDERED.

Dated:  March 11, 2016        _____
                              SENIOR  DISTRICT  JUDGE