1 | ARTURO HERNANDEZ-M, Attorney at Law
15 South 34th St.
2 | San Jose, CA 95116
Phone   (408)729-5785
3 | Fax      (408) 729-0167
California Bar No. 108980
4 | Email: artlawoff@aol.com

5

Attorney for Defendant Octavio Gallegos Vasquez
6
IN THE UNITED STATES DISTRICT COURT
7
FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
UNITED STATES OF AMERICA,                        NO 1:13-CR-00218-AWI
10                                                                       1:03-CR-05066AWI
                                  Plaintiff,          ORDER FOR
11                                                           CONTINUANCE OF SENTENCING
vs.
12
OCTAVIO GALLEGOS VASQUEZ,
13
                                  Defendant.
14 _____/

15        FOR GOOD CAUSE SHOWN, as set forth in the parties' stipulation and after review

16 of the motion of Arturo Hernandez-M to Continue Sentencing on behalf of his

17 Client, OCTAVIO GALLEGOS VASQUEZ, said motion is hereby granted.

18        IT IS SO ORDERED that the sentencing in this matter is continued from May 9, 2016

19  at 10:00 a.m. to **June 13, 2016 at 10:00 a.m.**   NO FURTHER CONTINUANCES WILL BE

20
GRANTED.
21

22
IT IS SO ORDERED.
23
Dated:    May 6, 2016          _____
24                                                       SENIOR   DISTRICT   JUDGE
25

26

27

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28