ARTURO HERNANDEZ-M, Attorney at Law
15 South 34th St.
San Jose, California  95116
Phone     (408) 729-5785
Fax  (408) 729-0167
California Bar No. 108980
Email: artlawoff@aol.com

Attorney for
OCTAVIO GALLEGOS-VASQUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>OCTAVIO GALLEGOS-VASQUEZ,<br><br>         Defendant. | No.0972 1:03CR05066-002AWI<br>    0972 1:13CR00218-004AWI<br>STIPULATION TO CONTINUE SENTENCING<br><br>**CURRENT SENTENCING HEARING:**<br>**9-12-2016 10:00 a.m.**<br><br>**SENTENCING HEARING:**<br>**11-21-16  10:00 a.m.** |

    Arturo Hernandez-M, Defense Attorney for **Defendant OCTAVIO GALLEGOS**-VASQUEZ and Plaintiff United States of America, by and Through its counsel of record, the United States Attorney for the Eastern District of California and Assistant United States Attorney Kathleen Servatius, hereby stipulate as follows:

    1.   Arturo Hernandez-M, Defense counsel for **OCTAVIO GALLEGOS** VASQUEZ, hereby requests to continue this sentencing for six weeks because counsel is out of state in a federal matter in Wichita Kansas in US vs. Bencomo and in Federal court in Saint Louis Missouri US vs. Miguel Angel Torrez.

    2.   By this stipulation, defendant requests that the sentencing hearing be continued from September 12, 2016, at 10:00 a.m., to November 21, 2016 at 10:00 a.m., or any date thereafter convenient to the Court.  This continuance will allow defense

counsel to finalize his position papers and prepare for the sentencing.

3. The government does not oppose defendants' request for a continuance.

IT IS SO STIPULATED.

Dated: September 8, 2016

/s/   Kathleen Servatius
KATHLEEN SERVATIUS
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: September 8, 2016         /s/   Arturo Hernandez-M
ARTURO HERNANDEZ-M
Attorney for Defendant
OCTAVIO GALLEGOS-VASQUEZ

**Order**

FOR GOOD CAUSE SHOWN, as set forth in the parties' stipulation and after review of the motion of Arturo Hernandez-M to Continue Sentencing on behalf of his Client, OCTAVIO GALLEGOS VASQUEZ, said motion is hereby granted.

IT IS SO ORDERED that the sentencing in this matter be continued from September 12, 2016 at 10:00 a.m. to November 21, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 9, 2016                    _____
                                              SENIOR DISTRICT JUDGE

2